STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
969 Hilgard Avenue, Suite 1012
Los Angeles, California 90024
(949) 636-1391 (Phone)

*Attorney(s) for Digital Verification Systems, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL VERIFICATION SYSTEMS, LLC,<br><br>　　　　*Plaintiff*,<br><br>v.<br><br>DOCMAGIC, INC.,<br><br>　　　　*Defendant*. | CASE NO. 2:22-cv-01353<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED**<br><br>**COMPLAINT** |

　　Plaintiff Digital Verification Systems, LLC ("Plaintiff" and/or "DVS") files this Complaint against DocMagic, Inc. ("Defendant" or "DocMagic") for infringement of United States Patent No. 9,054,860 (hereinafter "the '860 Patent").

## PARTIES AND JURISDICTION

　　1.　　This is an action for patent infringement under Title 35 of the United States Code. Plaintiff is seeking injunctive relief as well as damages.

　　2.　　Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 (Federal Question) and 1338(a) (Patents) because this is a civil action for patent infringement arising under the United States patent statutes.

　　3.　　Plaintiff is a Texas limited liability company with an address of 1 East Broward Boulevard, Suite 700, Fort Lauderdale, FL 33301.

4. On information and belief, Defendant is a California corporation with its principal office located at 1800 West 213th Street, Torrance, CA 90501. On information and belief, Defendant may be served through its agent, Registered Agents, Inc., 1401 21st St., Suite R, Sacramento, CA 95811.

5. On information and belief, this Court has personal jurisdiction over Defendant because Defendant has committed, and continues to commit, acts of infringement in this District, has conducted business in this District, and/or has engaged in continuous and systematic activities in this District.

6. On information and belief, Defendant's instrumentalities that are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in this District.

## VENUE

7. On information and belief, venue is proper in this District under 28 U.S.C. § 1400(b) because Defendant is deemed to reside in this District. Alternatively, acts of infringement are occurring in this District and Defendant has a regular and established place of business in this District.

## COUNT I
## (INFRINGEMENT OF UNITED STATES PATENT NO. 9,054,860)

8. Plaintiff incorporates paragraphs 1 through 7 herein by reference.

9. This cause of action arises under the patent laws of the United States and, in particular, under 35 U.S.C. §§ 271, *et seq*.

10. Plaintiff is the owner by assignment of the '860 Patent with sole rights to enforce the '860 Patent and sue infringers.

11. A copy of the '860 Patent, titled "Digital Verified Identification System and Method," is attached hereto as Exhibit A.

12. The '860 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

13. Upon information and belief, Defendant has infringed and continues to infringe one or more claims, including at least Claim 1, of the '860 Patent by making, using (at least by having its employees, or someone under Defendant's control, test the accused Product), importing, selling, and/or offering for sale associated hardware and/or software for digital signature services (e.g., DocMagic Sign service), and any similar products and/or services ("Product") covered by at least Claim 1 of the '860 Patent. Defendant has infringed and continues to infringe the '860 patent either directly or through acts of contributory infringement or inducement in violation of 35 U.S.C. § 271.

14. The Product provides a system for e-signatures. The Product provides for digitally verifying the identification of a sender. Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.

**DocMagic eSign**

The fastest easiest and most secure way to get documents signed.
DocMagic's revolutionary eSign system allows you to click-to-sign any document, generic agreement or just about anything... electronically. The process is completely secure, amazingly simple, incredibly fast and best of all... it's FREE!

Source: https://www.docmagic.com/products/esign

**The fastest, easiest way to get documents signed.**

eSign lets you manage workflow from anywhere - follow the process of active documents and then keep signed documents secure and encrypted with a tamper-evident seal, ready whenever you need them.

Source: https://www.docmagic.com/esignatures

**Your documents are signed, secure, organized:**

- Capture any additional documents uploaded from the borrower
- Track your active documents - sorted by both type and status
- Keep signed documents secure & encrypted
- Date & time stamped versions of documents provide a clear record of eSignatures
- Secure, long-term storage and management for the mortgage document lifecycle

Source: https://www.docmagic.com/esignatures

**DocMagic eSign**

Resolves the inefficiencies and compliance risk of wet signatures and paper documents with streamlined e-enabled workflow that features electronic signature, document management, and storage within a secure digital environment.

Source: https://www.docmagic.com/docmagic-logos

15. The Product includes at least one digital identification module structured to be associated with at least one entity. For example, the Product provides a module (e.g., e-signature creation module) to be associated with at least one entity (i.e., a user who needs to use a digital signature). Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.



Source: https://www.docmagic.com/support/tutorials/docmagic-esign



Source: https://www.docmagic.com/support/tutorials/docmagic-esign

16. The Product includes a module generating assembly structured to receive at least one verification data element corresponding to the at least one (e.g., a user has a unique login ID and password for accessing and verifying the account for e-signing documents) and create said at least one digital identification module (e.g., creating an

e-signature of a user). Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.



Source: https://www.docmagic.com/support/tutorials/docmagic-esign



Source: https://www.docmagic.com/support/tutorials/docmagic-esign

COMPLAINT AGAINST DOCMAGIC, INC.

17. The at least one digital identification module is disposable within at least one electronic file. For example, the user can store the e-signature within a document or including PDF, WORD DOC, IMAGES, etc. Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.

Source: https://www.docmagic.com/esignatures

18. The at least one digital identification module includes at least one primary component structured (e.g., an e-signature of a user is associated with information including username, etc.) to at least partially associate the digital identification module with the at least one entity (e.g., an e-signature is associated with a user, who has to sign digitally). Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.



Source: https://www.docmagic.com/support/tutorials/docmagic-esign



Source: https://www.docmagic.com/support/tutorials/docmagic-esign

19.   The at least one digital identification module is cooperatively structured to be embedded within only a single electronic file (e.g., an e-signature is stored within a document-including PDF, WORD DOC, IMAGES, etc.). Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.

Source: https://www.docmagic.com/products/esign



Source: https://www.docmagic.com/esignatures

COMPLAINT AGAINST DOCMAGIC, INC.



COMPLAINT AGAINST DOCMAGIC, INC.

20. Defendant's actions complained of herein will continue unless Defendant is enjoined by this court.

21. Defendant's actions complained of herein are causing irreparable harm and monetary damage to Plaintiff and will continue to do so unless and until Defendant is enjoined and restrained by this Court.

22. Plaintiff is in compliance with 35 U.S.C. § 287.

## JURY DEMAND

23. Under Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff respectfully requests a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff asks the Court to:

(a) Enter judgment for Plaintiff on this Complaint on all causes of action asserted herein;

(b) Enter an Order enjoining Defendant, its agents, officers, servants, employees, attorneys, and all persons in active concert or participation with Defendant who receive notice of the order from further infringement of United States Patent No. 9,054,860 (or, in the alternative, awarding Plaintiff a running royalty from the time of judgment going forward);

(c) Award Plaintiff damages resulting from Defendant's infringement in accordance with 35 U.S.C. § 284;

(d) Award Plaintiff pre-judgment and post-judgment interest and costs; and

(e) Award Plaintiff such further relief to which the Court finds Plaintiff entitled under law or equity.

Dated: February 28, 2022                    Respectfully submitted,

                                            /s/Stephen M. Lobbin
                                            **Attorney(s) for Plaintiff**