| | |
|---|---|
| 1 | RICHARD S.J. HUNG (CA SBN 197425) |
| | MORRISON & FOERSTER LLP |
| 2 | 425 Market Street |
| | San Francisco, CA  94105-2482 |
| 3 | Telephone:  (415) 268-7000 |
| | Facsimile:  (415) 268-7522 |
| 4 | rhung@mofo.com |
| 5 | RYAN J. MALLOY (CA SBN 253512) |
| | MORRISON & FOERSTER LLP |
| 6 | 707 Wilshire Boulevard, Suite 6000 |
| | Los Angeles, CA  90017-3543 |
| 7 | Telephone:  (213) 892-5200 |
| | Facsimile:  (213) 892-5454 |
| 8 | rmalloy@mofo.com |
| 9 | Attorneys for Defendant, |
| | DOCMAGIC, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DIGITAL VERIFICATION SYSTEMS, LLC, | Case No. 2:22-cv-01353-JPR |
| Plaintiff, | **DEFENDANT DOCMAGIC, INC.'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES** |
| v. | |
| DOCMAGIC, INC., | |
| Defendant. | |
| | **[FED. R. CIV. P. 7.1; CIV. L.R. 7.1-1]** |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, defendant DocMagic, Inc. ("DocMagic"), through its undersigned counsel, hereby certifies that DocMagic has no parent corporation and that no publicly held company owns more than 10% of DocMagic's stock.

Pursuant to Civil Local Rule 7.1-1, the undersigned, counsel of record for DocMagic, certifies that the following listed persons or entities may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

- Digital Verification Systems, LLC (Plaintiff); and
- DocMagic, Inc. (Defendant).

Dated: April 19, 2022

MORRISON & FOERSTER LLP

By: */s/ Richard S.J. Hung*
Richard S.J. Hung

Attorneys for Defendant
DOCMAGIC, INC.