1  RICHARD S.J. HUNG (CA SBN 197425)
   MORRISON & FOERSTER LLP
2  425 Market Street
   San Francisco, CA  94105-2482
3  Telephone:  (415) 268-7000
   Facsimile:  (415) 268-7522
4  rhung@mofo.com

5  RYAN J. MALLOY (CA SBN 253512)
   MORRISON & FOERSTER LLP
6  707 Wilshire Boulevard, Suite 6000
   Los Angeles, CA  90017-3543
7  Telephone:  (213) 892-5200
   Facsimile:  (213) 892-5454
8  rmalloy@mofo.com

9  Attorneys for Defendant,
   DOCMAGIC, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| DIGITAL VERIFICATION SYSTEMS, LLC, | Case No. 2:22-cv-01353-JPR |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| v. | |
| DOCMAGIC, INC., | Complaint served:      3/31/2022 |
| Defendant. | Current response date: 4/21/2022 |
|  | New response date:     5/20/2022 |

Plaintiff Digital Verification Systems, LLC ("DVS") and Defendant DocMagic, Inc. ("DocMagic"; collectively, the "Parties"), by and through their respective counsel, jointly stipulate as follows:

WHEREAS, on February 28, 2022, DVS filed a complaint against DocMagic for alleged infringement of United States Patent No. 9,054,860 ("the Complaint") in this action;

      WHEREAS, on March 31, 2022, DocMagic was served with the Complaint, which is the initial complaint served in this matter;

      WHEREAS, DocMagic's deadline to answer or otherwise respond to the Complaint is April 21, 2022;

      WHEREAS, there have been no previous extensions of time for DocMagic to respond to the Complaint in this matter; and

      WHEREAS, the Parties agree to an extension of time to respond to the Complaint;

      NOW THEREFORE, in accordance with Local Rule 8-3, the Parties hereby stipulate to a 29-day extension of Defendant's deadline to answer or otherwise respond to the Complaint. Pursuant to Local Rule 8-3, this stipulation need not be approved by the Judge. Defendant's new response date is May 20, 2022, absent further extension.

| | | |
|---|---|---|
| 1 | Dated:   April 19, 2022_ | MORRISON & FOERSTER LLP |
| 2 | | By:  /s/ Richard S.J. Hung |
| | | Richard S.J. Hung |
| 3 | | |
| 4 | | Richard S.J. Hung (CA SBN 197425) |
| | | rhung@mofo.com |
| 5 | | 425 Market Street |
| | | San Francisco, CA  94105-2482 |
| 6 | | Telephone:  (415) 268-7000 |
| | | Facsimile:  (415) 268-7522 |
| 7 | | |
| | | *Attorneys for Defendant* |
| 8 | | DOCMAGIC, INC. |
| 9 | | |
| 10 | Dated:   April 19, 2022 | SML Avvocati P.C. |
| 11 | | By:  /s/ Stephen M. Lobbin |
| | | Stephen M. Lobbin |
| 12 | | |
| 13 | | Stephen M. Lobbin (CA SBN 181195) |
| | | sml@smlavvocati.com |
| 14 | | 4640 Cass St, # 90142 |
| | | San Diego, CA  92109-2804 |
| | | Telephone: 949-636-1391 |
| 15 | | |
| | | *Attorney for Plaintiff* |
| 16 | | DIGITAL VERIFICATION SYSTEMS, LLC |

**Attestation of Concurrence of Signatories**

I, Richard S.J. Hung, in accordance with Local Rule 5-4.3.4(a)(2)(i), hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

                                                */s/ Richard S.J. Hung*
                                                RICHARD S.J. HUNG