1  STEPHEN M. LOBBIN
   sml@smlavvocati.com
2  SML AVVOCATI P.C.
3  888 Prospect Street, Suite 200
   San Diego, California 92037
4  (949) 636-1391 (Phone)
5
   *Attorney(s) for Digital Verification Systems, LLC*
6
7              IN THE UNITED STATES DISTRICT COURT
8              FOR THE CENTRAL DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| 10  **DIGITAL VERIFICATION SYSTEMS, LLC**, | CASE NO.: **2:22-cv-01353-JWH-RAO** |
| 11 | |
| 12              *Plaintiff*, | **PATENT CASE** |
| 13  v. | |
| 14  **DOCMAGIC, INC.**, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| 15              *Defendant*. | |

   Plaintiff Digital Verification Systems, LLC ("Plaintiff" and/or "DVS") files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant DocMagic, Inc. without prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: May 12, 2022              Respectfully submitted,

*/s/Stephen M. Lobbin*
Stephen M. Lobbin
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

***Attorney(s) for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2022, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/Stephen M. Lobbin*
Stephen M. Lobbin

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE